Commonwealth ex rel. Thomas, Appellant, *v.* Myers.

Submitted March 18, 1963. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Edward Thomas,* appellant, in propria persona.

*Arthur J. Marion* and *Arlen Specter,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, April 18, 1963:
The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of Judge WATERS of the Court of Common Pleas No. 3 of Philadelphia County, as reported in 29 Pa. D. & C. 2d 402.